# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE AD 30,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOE 1, a corporation; DOE 2, a corporation; DOE 3, a corporation sole and DOES 4 to 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-10442-CV-BFM<br>Judge: Cynthia Valenzuela<br><br>**DISCOVERY MATTER**<br>Magistrate Judge: Brianna Fuller Mircheff<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: February 12, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE