JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE AD 30,<br><br>Plaintiff,<br><br>vs.<br><br>DOE 1, A CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-10442-CV (BFMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br>**[DOC. # 38]** |

On August 19, 2025, the Parties filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). Doc. # 38 ("Stipulation"). The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows: this action is DISMISSED WITH PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: 8/25/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE